UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOMER L. FANCHER,

Plaintiff,

-vs-  Case No. 6:08-cv-1240-Orl-18DAB

CAPITAL ONE,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Application to Proceed *In Forma Pauperis* is **DENIED** and the complaint is **DISMISSED** without prejudice to the filing of an Amended Complaint that states a cognizable cause of action, accompanied by either the filing fee or a renewed motion to proceed as a pauper within eleven (11) days of the date of this order.

It is **SO ORDERED** in Orlando, Florida, this ____ day of August, 2008.

G. KENDALL SHARP
Senior United States District Judge

Copies to:
Unrepresented party
United States Magistrate Judge