UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOMER L. FANCHER,

    Plaintiff,

-vs-                                      Case No. 6:08-cv-1240-Orl-18DAB

CAPITAL ONE,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 6). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED**

1. That the report and recommendation filed September 5, 2008 (Doc. No. 7) is **ADOPTED** and made a part of this Order.

2. That the motion to proceed *in forma pauperis* be **DENIED** and the Amended Complaint be dismissed, with prejudice.

3. The Clerk of the Court the shall close this case.

It is **SO ORDERED** in Orlando, Florida, this 23 day of September, 2008.

G. KENDALL SHARP
Senior United States District Judge

Copies to:
Counsel of Record
United States Magistrate Judge